# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2037
LT Case No. 2015-CA-005000

_____

LESBIA GRISEL MORADEL,
Individually and as a Natural
Guardian of D.J.S. and E.G.S.,
Children and as Personal
Representative of the ESTATE OF
ALLAN DARWYN SAVILLON
CASANA,

     Appellant,

     v.

USIS, INC., L.A.Z.O.
CONSTRUCTION and SIDING, INC.,
FLORIDA UNITED BUSINESS
ASSOCIATION, INC., FLORIDA
CITRUS and BUSINESS
INDUSTRIES, INC., and ANGELA
NICOLE LAZO,

     Appellees.

_____

On appeal from the Circuit Court for Duval County.
Virginia Baker Norton, Judge.

Brian J. Lee, of Morgan & Morgan, Jacksonville, for Appellant.

C.H. Houston, III, of Carr Allison, Jacksonville, for Appellee,
USIS, Inc.

No Appearance for Remaining Appellees.

February 12, 2026

PER CURIAM.

AFFIRMED.

HARRIS, BOATWRIGHT, and KILBANE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____